# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HELENE NGOC BICH LUONG,<br><br>Defendant. | NO. MJ14-10<br><br>DETENTION ORDER |

Offense charged:

    Count 1:    Delivery for Introduction Into Interstate Commerce of Misbranded Drug

Date of Detention Hearing: January 13, 2014.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is a Canadian citizen.
2. Defendant has extensive ties to Vietnam.
3. Defendant has no ties to this jurisdiction.
4. Defendant has no ties to the United States.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

5. Defendant was offered the opportunity three years ago to come to the United States and deal with this issue and refused to do so.

6. According to the Assistant United States Attorney, defendant entered the United States by mistake.

7. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of January, 2014.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge